IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2018 SEP 18 PM 4:33

| | |
|---|---|
| ESTELLA TRAMMELL, INDIVIDUALLY § <br> AND ON BEHALF OF ALL OTHERS § <br> SIMILARLY SITUATED, § <br>         PLAINTIFF, § <br> § <br> V. § <br> § <br> ACCENTCARE, INC., § <br>         DEFENDANT. § | CAUSE NO. A-17-CV-1129-LY |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On this date, the court rendered an order dismissing Plaintiff's cause of action without prejudice for lack of subject-matter jurisdiction. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Defendant is awarded costs.

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this _18th_ day of September, 2018.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE