IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ESTELLA TRAMMELL,<br>Individually and On Behalf of All<br>Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ACCENTCARE, INC.,<br><br>Defendant. | § § § § § § § § § § § § | NO. 1:17-CV-1129-LY |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed by the Parties, the above-referenced case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). IT IS ORDERED that all claims in dispute in this lawsuit against Defendant AccentCare, Inc. be dismissed with prejudice to re-filing. All attorneys' fees and costs will be borne according to the agreement reached by the Parties.

SIGNED this 6th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE