IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 DEC -6  PM 3: 20
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| ESTELLA LYNN TRAMMELL, § | |
| INDIVIDUALLY AND ON BEHALF OF § | |
| ALL OTHERS SIMILARLY § | |
| SITUATED, § | |
|     PLAINTIFF, § | CAUSE NO. 1:17-CV-1129-LY |
| § | |
| V. § | |
| § | |
| ACCENTCARE, INC., § | |
|     DEFENDANT. § | |

## FINAL JUDGMENT

Before the court is the above entitled cause. On this date, the court signed the parties' Order of Dismissal With Prejudice. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this ___6th___ day of December, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE